IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| In Re: <br><br> Tehum Care Services, Inc. <br> *Debtor* | Case No.: 23-90086 (CML) <br> CHAPTER 11 |
|---|---|
| Anant Kumar Tripati <br> *Plaintiff*, <br><br> v. <br><br> Sarah Tirschwell, et al., <br> *Defendants*. | Adv. Pro. No. 23-03072 (CML) |

**DEFENDANT SCOTTSDALE INSURANCE COMPANY'S RESPONSE TO PLAINTIFF'S SECOND APPLICATION FOR ENTRY OF DEFAULT JUDGMENT**

Defendant Scottsdale Insurance Company ("Scottsdale") files this Response to Plaintiff's Second Application for Default Judgment against multiple defendants, including Scottsdale (Doc. 132), stating in support as follows:

1. Plaintiff Anant Kumar Tripati ("Plaintiff") initiated this adversary proceeding against multiple defendants, including Scottsdale, on May 1, 2023 ("Plaintiff's Complaint"). (*See* Doc. No. 01.) The Court issued a Summons on Scottsdale and several other named defendants on May 19, 2023 (Doc. 05); however, Scottsdale was never served.

2. On July 17, 2023, Plaintiff filed an Application for Default against Scottsdale (Doc. 72) for Scottdale's purported failure to issue a response. Scottsdale filed an objection on August 4, 2023 with a supporting affidavit demonstrating that it was never served, and that it did not become aware of this dispute until Plaintiff filed his Application for Default Judgment. (*See* Doc. 103 and enclosed affidavit.)

1

3. That same day, Scottsdale filed a Motion for Time Extension to Respond to Plaintiff's Complaint (Doc. 104) where it agreed to waive service of process and requested an additional 60 days to respond to Plaintiff's Complaint. The Court granted this motion on August 7, 2023 (Doc. 108).

4. Plaintiff, on August 30, 2023, filed an Application for Default Judgment against several defendants, including Scottsdale, although it is not entirely clear whether Plaintiff intended to include Scottsdale in the application.[1]

5. In abundance of caution, Scottsdale files this objection to the extent Plaintiff seeks to default Scottsdale, and respectfully requests that the Court deny Plaintiff's Second Application as to Scottsdale. Scottsdale will timely answer Plaintiff's Complaint by October 3, 2023, pursuant to the Court's Order (Doc. 108).

WHEREFORE, Defendant Scottsdale Insurance Company respectfully requests that the Court DENY Plaintiff's Application for Default.

Respectfully submitted,

*/s/ Patrick M. Kemp*
Patrick M. Kemp
Texas Bar No. 24043751
Southern District No. 38513
pkemp@smsm.com
Segal McCambridge Singer & Mahoney
100 Congress Ave., Ste. 800
Austin, Texas 78701
(512) 476-7834
(512) 476-7832 – Facsimile

**ATTORNEY-IN-CHARGE FOR DEFENDANT SCOTTSDALE INSURANCE COMPANY**

---

[1] The title to Plaintiff's Application for Default Judgment includes "Scottsdale Insurance Company". However, Plaintiff later notes that "… Scottsdale has until October to file their motion." Doc. 132, at p. 3.

OF COUNSEL:

Robert G. Wall
Texas Bar No. 24072411
Southern District No. 1117137
rwall@smsm.com
Segal McCambridge Singer & Mahoney
100 Congress Ave., Ste. 800
Austin, Texas 78701
(512) 476-7834
(512) 476-7832 – Facsimile

## CERTIFICATE OF SERVICE

 This is to certify that a true and correct copy of the foregoing instrument has been served electronically via CM/ECF and mailed this the 31st day of August, 2023 to:

 Anant K. Tripati 102081
 ASPC Yuma, Cibola Unit
 P.O. Box 8909
 Yuma, AZ 85349
 United States

          */s/ Patrick M. Kemp*
          Patrick M. Kemp